UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: EDCV 20-01061 DMG (RAO)　　　　　　Date: December 8, 2020
Title: Shervan Firouzabadi v. City of Long Beach et al.

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff(s):　　　　Attorneys Present for Defendant(s):

N/A　　　　　　　　　　　　　　　　　　　　N/A

**Proceedings:** (In Chambers) **AMENDED ORDER TO SHOW CAUSE**

On October 6, 2020, the Court issued an order dismissing Plaintiff's First Amended Complaint ("FAC") with leave to amend. Dkt. No. 16. The deadline for Plaintiff to file an amended complaint was November 5, 2020. *Id.* Plaintiff then filed a request for an extension of fifteen days to file a Second Amended Complaint, which the Court granted on November 9, 2020. Dkt. Nos. 17, 19. The deadline to file a Second Amended Complaint was set for November 23, 2020. Dkt. No. 19. To date, Plaintiff has not filed a Second Amended Complaint.

Plaintiff is ordered to show cause, in writing, no later than **December 21, 2020**,[1] why this action should not be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Alternatively, Plaintiff may discharge this Order by filing a Second Amended Complaint on or before this deadline.

**Plaintiff is expressly advised that failure to timely file a response to this Order will result in a recommendation that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　： 
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　dl

---

[1] The original order to show cause that was issued on December 7, 2020 provided the incorrect year for the deadline by which Plaintiff must respond to the order. This amended order to show cause supersedes the December 7, 2020 order.