# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERVAN FIROUZABADI,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LONG BEACH, et al.,<br><br>Defendants. | Case No. EDCV 20-1061 DMG (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint [Doc. # 12], the pertinent records and files herein, and the Magistrate Judge's Report and Recommendation ("Report") [Doc. # 23]. The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: February 23, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE