# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHERVAN FIROUZABADI,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF LONG BEACH, et al.,<br><br>               Defendants. | Case No. EDCV 20-1061 DMG (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: February 23, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE